AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ROBERT SCATURO, SCOTT BUBNICK, JOSEPH DAVIDOV, STEVEN MARDAKHAEV, AND JONATHAN MADAR, individually and on behalf of all others similarly situated,<br>*Plaintiff(s)*<br>v.<br>FANATICS, INC., et al.<br>(see attached list for all Defendants)<br>*Defendant(s)* | Civil Action No. 1:25-cv-2202 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Fanatics Holdings, Inc.
    95 Morton Street
    New York, NY 10014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    John Radice
    Radice Law Firm, P.C.
    475 Wall Street
    Princeton, NJ 08540
    (646) 245-8502
    jradice@radicelawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:25-cv-2202

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

List of Defendants

Fanatics, Inc.

Fanatics, LLC

Fanatics Collectibles Intermediate Holdco, Inc.

Fanatics SPV, LCC

Fanatics Holdings, Inc.

Major League Baseball

Major League Baseball Properties

Major League Baseball Players Association

MLB Players, Inc.

National Football League

NFL Properties LLC

National Football League Players Association

NFL Players, Inc.

National Basketball Association

NBA Properties, Inc.

National Basketball Players Association

OneTeam Partners LLC