UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCATURO, SCOTT BUBNICK, JOSEPH DAVIDOV, STEVEN MARDAKHAEV, AND JONATHAN MADAR,<br><br>*Individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.<br><br>FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; FANATICS HOLDINGS, INC.; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL ASSOCIATION PLAYERS ASSOCIATION; AND ONETEAM PARTNERS LLC,<br><br>Defendants. | Case No. 1:25-cv-02202-LTS-VF<br><br>**ORAL ARGUMENT REQUESTED** |

**THE NATIONAL BASKETBALL PLAYERS ASSOCIATION'S NOTICE OF MOTION
TO DISMISS PLAINTIFFS' FIRST AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendant National Basketball Players Association's (the "NBPA") Motion to Dismiss Plaintiffs' First Amended Class Action Complaint, the NBPA hereby moves this Court, before the Honorable Laura Taylor Swain, United States District Judge, and the Honorable Valerie Figueredo, United States Magistrate Judge, United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an Order dismissing Count Six of Plaintiffs' First Amended Class Action Complaint (ECF No. 103) with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) and for such other and further relief as the Court deems just and appropriate.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order entered on May 16, 2025 (ECF No. 113), any opposition papers shall be filed by October 10, 2025, and any reply papers shall be filed by November 10, 2025.

CERTIFICATION. The undersigned certifies that, pursuant to Rule A(2)(b) of Chief Judge Laura Taylor Swain's Individual Practices, on July 22, 2025, the undersigned issued to Plaintiffs' counsel a letter outlining the NBPA's legal and factual positions as set forth in the accompanying Memorandum of Law in Support of the NBPA's Motion to Dismiss. Following this letter, the undersigned met and conferred with Plaintiffs' counsel on July 25, 2025. In both the July 22 letter and the July 25 meet and confer, the undersigned used his best efforts to resolve informally the matters raised in the NBPA's July 22 letter. Plaintiffs have indicated that they do not intend to voluntarily dismiss or amend the First Amended Class Action Complaint.

2

Dated: July 28, 2025                      Respectfully submitted,

*/s/ C. Scott Lent*
C. Scott Lent
**ARNOLD & PORTER KAYE SCHOLER LLP**
250 W. 55th Street
New York, NY 10019
Telephone: (212) 836-8220
Facsimile: (212) 836-8689
scott.lent@arnoldporter.com

*Attorney for National Basketball Players Association*