UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCATURO, SCOTT BUBNICK, JOSEPH DAVIDOV, STEVEN MARDAKHAEV, AND JONATHAN MADAR, *individually and on behalf of all others similarly situated*, <br><br> *Plaintiffs*, <br><br> v. <br><br> FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; FANATICS HOLDINGS, INC.; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL ASSOCIATION PLAYERS ASSOCIATION; AND ONETEAM PARTNERS LLC, <br><br> *Defendants*. | Case No. 1:25-cv-02202-LTS-VF <br><br> **ORAL ARGUMENT REQUESTED** |

**NOTICE OF DEFENDANT ONETEAM PARTNERS, LLC'S MOTION TO DISMISS THE AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law supporting Defendant's Motion to Dismiss the Amended Complaint, Defendant OneTeam Partners, LLC, ("OneTeam") by and through its undersigned counsel, respectfully moves this Court, before the Honorable Laura Taylor Swain, Chief United States District Judge, for an order dismissing Counts Two and Four as against OneTeam, of Plaintiffs Robert Scaturo et al.'s Amended Complaint with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that Defendant has used its best efforts to resolve informally the matters raised in its submission as required by Rule A(2)(b) of the Individual Practices of Chief District Judge Laura Taylor Swain. Defendant sent a letter to Plaintiffs on July 22, 2025, and met and conferred with Plaintiffs on July 25, 2025, about the issues outlined in the accompanying Memorandum of Law supporting Defendant's Motion to Dismiss the Amended Complaint. The challenged pleading has not been amended in response to arguments raised in the motion.

*[Signature appears on following page.]*

1

Dated: July 28, 2025  By: */s/ Jeffrey Brown*
Jeffrey Brown
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3511
jeffrey.brown@dechert.com

George G. Gordon (admitted *pro hac vice*)
Julia E. Chapman (admitted *pro hac vice*)
**Dechert LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994 4000
george.gordon@dechert.com
julia.chapman@dechert.com

Elena Kamenir (admitted *pro hac vice*)
**Dechert LLP**
1900 K Street, NW
Washington, DC 20006
Tel: (202) 261-3482
elena.kamenir@dechert.com

*Counsel for Defendant OneTeam Partners, LLC.*

2