# IN THE UNTED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCATURO, SCOTT BUBNICK, JOSEPH DAVIDOV, STEVEN MARDAKHAEV, AND JONATHAN MADAR individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>  v.<br><br>FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL ASSOCIATION PLAYERS ASSOCIATION; ONETEAM PARTNERS LLC,<br><br>                 Defendants. | Case No. 1:25-cv-02202-LTS-VF<br><br>**ORAL ARGUMENT REQUESTED** |

**MAJOR LEAGE BASEBALL AND MAJOR LEAGUE BASEBALL PROPERTIES, INC.'S NOTICE OF MOTION TO COMPEL ARBITRATION AND TO DISMISS COMPLAINT**

3017928

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings, Defendants Major League Baseball and Major League Baseball Properties, Inc. (collectively "MLB"), by and through their counsel, will move this Court before the Honorable Laura Taylor Swain, on a date and time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, for an Order compelling the claims of Plaintiffs Scott Bubnick, Joseph Davidov, and Jonathan Madar to arbitration under the doctrine of equitable estoppel, based on agreements these Plaintiffs entered into with Fanatics or Fanatics' affiliates.

PLEASE TAKE FURTHER NOTICE that as to Plaintiffs Robert Scaturo, Steven Mardakhaev, and any Plaintiffs the Court may hold are not subject to MLB's Motion to Compel Arbitration, upon the accompanying Memorandum of Law, and upon all prior pleadings and proceedings, MLB, by and through its counsel, will move this Court, before the Honorable Laura Taylor Swain, on a date and time to be determined by the Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY, 10007, for an Order dismissing Count One of the First Amended Complaint with prejudice under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.

PLEASE TAKE FURTHER NOTICE that in accordance with Section A2(b)(i) of the Individual Practices of this Court, counsel for MLB hereby certifies that they have met and conferred with opposing counsel and have used their best efforts to informally resolve the matters raised in MLB's motion to compel arbitration and to dismiss Count One. MLB sent Plaintiffs a letter dated July 21, 2025 detailing the factual and legal grounds for MLB's motions. The parties thereafter met and conferred via Zoom videoconference held on July 25, 2025. During this conference, Plaintiffs confirmed they would not amend or withdraw their Complaint.

PLEASE TAKE FURTHER NOTICE that Plaintiffs shall file any opposition papers by October 10, 2025, and MLB shall file any reply papers by November 10, 2025, as previously stipulated by the parties and ordered by the Court (ECF No. 113).

//

3017928

                Respectfully submitted,

Dated:  July 28, 2025

By: */s/ R. Adam Lauridsen*
R. ADAM LAURIDSEN
CODY S. HARRIS
ANJALI SRINIVASAN
TAYLOR L. REEVES
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendants
MAJOR LEAGUE BASEBALL and
MAJOR LEAGUE BASEBALL
PROPERTIES, INC.

2

3017928