# Exhibit 2

# Fanatics.com Desktop Site
# Credit Card Transactions

## Step 1



Step 2



Step 3



Step 4



# Fanatics.com Mobile Site
# Credit Card Transactions

## Step 1




Step 2




Step 3



Step 4




