# Exhibit 5

**Fanatics.com Desktop Site
Apple Pay Transactions**

Step1



Step 2



Step 3



Step 4



**Fanatics.com Mobile Site**
**Apple Pay Transactions**

Step 1





Step 2




Step 3



Step 4




