# IN THE UNTED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT SCATURO, SCOTT BUBNICK, JOSEPH DAVIDOV, STEVEN MARDAKHAEV, AND JONATHAN MADAR individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL ASSOCIATION PLAYERS ASSOCIATION; ONETEAM PARTNERS LLC, <br><br> Defendants. | Case No. 1:25-cv-02202-LTS-VF |

**MAJOR LEAGUE BASEBALL AND MAJOR LEAGUE BASEBALL PROPERTIES, INC.'S NOTICE OF ERRATA**

PLEASE TAKE NOTICE that Defendants Major League Baseball and Major League Baseball Properties, Inc. (collectively "MLB") respectfully submit this errata regarding the Memorandum of Law in Support of MLB's Motion to Compel Arbitration and to Dismiss Complaint, filed on July 28, 2025 (ECF No. 137). Page 6 of this document includes an erroneous citation to Exhibit 7 of the Declaration of Nigel Ponds in support of Fanatics' Motion to Compel Arbitration ("Ponds Declaration"). That citation should be to Exhibit 6. Footnote 2 likewise includes erroneous citations to Exhibits 7–10 of the Ponds Declaration. Those citations should be to Exhibits 6–9. MLB has re-filed a corrected version of its Memorandum of Law with the correct citations.

Respectfully submitted,

Dated: July 29, 2025

By: *s/R. Adam Lauridsen*
R. ADAM LAURIDSEN
CODY S. HARRIS
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
MAJOR LEAGUE BASEBALL and
MAJOR LEAGUE BASEBALL
PROPERTIES, INC.