**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT SCATURO; SCOTT BUBNICK; JOSEPH DAVIDOV; STEVEN MARDAKHAEV; and JONATHAN MADAR, individually and on behalf of all others similarly situated,<br><br>                                   *Plaintiff*,<br><br>        v.<br><br>FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; FANATICS HOLDINGS, INC.; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, INC.; NATIONAL BASKETBALL ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL PLAYERS ASSOCIATION; and ONETEAM PARTNERS LLC,<br><br>                                   *Defendants*. | Case No. 1:25-cv-02202-LTS-VF<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING MOTION TO DISMISS BRIEFING**<br><br>Honorable Laura Taylor Swain<br>Chief District Judge |

Plaintiffs and Defendants in the above-captioned action hereby stipulate to certain

matters about the motion to dismiss briefing in this action:

WHEREAS, on May 8, 2025, Plaintiffs filed their First Amended Complaint;

1

WHEREAS, on July 28, 2025, Defendants separately moved to dismiss all or part of Plaintiffs' First Amended Complaint (ECF Nos. 128/129, 130/131, 132/133, 134/135, 136/137/150, 138/140, 143/144, and 145/149/152) (the "Motions to Dismiss");

WHEREAS, the Fanatics Defendants also filed a motion to compel arbitration (ECF Nos. 139/141) ("Fanatics Arbitration Brief"), and the MLB and MLBPA Defendants also moved to compel arbitration (ECF Nos. 136 and 145) as part of their Motion to Dismiss briefs (ECF Nos. 137/150 and 149/152);

WHEREAS, Plaintiffs are scheduled to file their opposition briefs to the Motions to Dismiss and Fanatics Arbitration Brief on October 10, 2025, and Defendants are scheduled to file their reply briefs on November 10, 2025;

WHEREAS, Plaintiffs believe that many arguments are overlapping between the various Motions to Dismiss, and for the Court's convenience, Plaintiffs would prefer to respond in a single brief to avoid repetition;

WHEREAS, Plaintiffs propose to respond to all of the Motions to Dismiss in one consolidated opposition brief;

WHEREAS, Plaintiffs and Defendants have conferred, and Defendants consent to have Plaintiffs respond to all of the Motions to Dismiss in one consolidated opposition brief ("Plaintiffs' MTD Opposition Brief");

WHEREAS, Plaintiffs will also respond in a separate single consolidated opposition brief to the Fanatics Arbitration Brief and arguments to compel arbitration made by the MLB and MLBPA Defendants ("Plaintiffs' Arbitration Opposition Brief");

WHEREAS, Defendants intend to file separate reply briefs to Plaintiffs' MTD Opposition Brief;

WHEREAS, under Section A.2.h of Your Honor's individual practices, "Unless prior permission has been granted . . . memoranda of law in support of and in opposition to motions are limited to 8,750 words";

WHEREAS, Defendants' Motions to Dismiss total 52,427 words;

WHEREAS, Plaintiffs therefore request 35,000 words for Plaintiffs' MTD Opposition Brief, which is less than the total length of all of the Defendants' briefs, and only one-half of the word limit if Plaintiffs were to file eight opposition briefs; and

WHEREAS, for avoidance of doubt, Plaintiffs' Arbitration Opposition Brief will not be included as part of the 35,000 word limit for Plaintiffs' MTD Opposition Brief, and is otherwise limited to the number of words allowed in the Local Rules;

NOW THEREFORE, the parties hereby stipulate as follows, subject to the Court's approval:

1.      Plaintiffs will respond to Defendants' Motions to Dismiss in one single consolidated opposition brief.

2.      Plaintiffs' consolidated motion to dismiss opposition brief will have a word limit of 35,000 words.

3.      Plaintiffs will file a separate single consolidated opposition brief to the Fanatics Arbitration Brief and arguments to compel arbitration made by the MLB and MLBPA Defendants, and Plaintiffs' consolidated arbitration opposition brief will not count as part of the 35,000 word limit for Plaintiffs' consolidated motion to dismiss opposition brief (but will be limited to the number of words allowed in the Local Rules).

4.      Defendants reserve the right to file separate reply briefs to Plaintiffs' consolidated motion to dismiss opposition brief and Plaintiffs' consolidated arbitration opposition brief.

SO STIPULATED AND AGREED

Dated: October 2, 2025

Respectfully Submitted,

/s/   John Radice
John Radice
Daniel Rubenstein
April Lambert (*pro hac vice forthcoming*)
Clark Craddock
Charles Z. Kopel
**Radice Law Firm, P.C.**
475 Wall Street
Princeton, NJ 08540
Phone (646) 245-8502
Fax: (609) 385-0745
jradice@radicelawfirm.com
drubenstein@radicelawfirm.com
alambert@radicelawfirm.com
ccraddock@radicelawfirm.com
ckopel@radicelawfirm.com

*Counsel for Plaintiffs and
the Proposed Class*

/s/                                    *
Lawrence E. Buterman
**Latham & Watkins LLP**
1271 Avenue of the Americas
New York, NY 10020
(212) 906-1264
lawrence.buterman@lw.com

Amanda P. Reeves (*pro hac vice*)
**Latham & Watkins LLP**
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
(202) 637-2200
amanda.reeves@lw.com

Christopher S. Yates (*pro hac vice*)
**Latham & Watkins LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
chris.yates@lw.com

*Attorneys for Defendants Fanatics, Inc.
Fanatics, LLC, Fanatics Collectibles
Intermediate Holdco, Inc., Fanatics
SPV, LLC, and Fanatics Holdings, Inc.*

/s/                                    *
Jeffrey Brown
**Dechert LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY
(212) 698-3511
jeffrey.brown@dechert.com

George G. Gordon (*pro hac vice*)
Julia E. Chapman (*pro hac vice*)
Forrest E. Lovett (*pro hac vice*)
**Dechert LLP**

/s/                                    *
Bradley I. Ruskin
David A. Munkittrick
Jeffrey H. Warshafsky
Tara M. Brailey
**Proskauer Rose LLP**
11 Times Square
New York, NY 10036
bruskin@proskauer.com
dmunkittrick@proskauer.com
jwarshafsky@proskauer.com
tbrailey@proskauer.com

Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
Tel.: (215) 994-4000
Fax: (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com
forrest.lovett@dechert.com

Elena Kamenir (*pro hac vice*)
**Dechert LLP**
1900 K Street, NW
Washington, D.C. 20006
Tel.: (202) 261-3482
Fax: (202) 261-3333
elena.kamenir@dechert.com

*Counsel for Defendant OneTeam Partners LLC*

/s/_____*
Yehudah L. Buchweitz
Zachary A. Schreiber
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Fax: (212) 310-8007
yehudah.buchweitz@weil.com
zach.schreiber@weil.com

Meagan K. Bellshaw (*pro hac vice*)
**Weil, Gotshal & Manges LLP**
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7140
Facsimile: (202) 857-0940
meagan.bellshaw@weil.com

*Counsel for Major League Baseball Players Association and MLB Players Inc.*

/s/_____*
Richard C. Pepperman II
Benjamin R. Walker
Sheeva L. Nesva

Colin R. Kass (*pro hac vice*)
**Proskauer Rose LLP**
101 Pennsylvania Avenue, N.W.
Suite 600 South
Washington, D.C. 20004
ckass@proskauer.com

*Counsel for National Football League and NFL Properties LLC*

/s/_____*
C. Scott Lent
Timothy A. Roche (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
250 W. 55th Street
New York, NY 10019
Tel: (212) 836-8220
Fax: (212) 836-8689
scott.lent@arnoldporter.com
tim.roche@arnoldporter.com

Keron J. Morris (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-6537
Fax: (202) 942-5999
keron.morris@arnoldporter.com

*Counsel for Defendant National Basketball Players Association*

/s/_____*
Jeffrey L. Kessler
David L. Greenspan
Adam I. Dale

**Sullivan & Cromwell LLP**
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
peppermanr@sullcrom.com
walkerb@sullcrom.com
nesvas@sullcrom.com

*Counsel for Defendants National Basketball
Association and NBA Properties, Inc.*

Sarah L. Viebrock
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700
jkessler@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

*Counsel for Defendants National Football
League Players Association and NFL Players,
Inc.*

/s/_____*
Anjali Srinivasan
Cody S. Harris (*pro hac vice*)
R. Adam Lauridsen (*pro hac vice*)
**Keker, Van Nest & Peters LLP**
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
asrinivasan@keker.com
charris@keker.com
alauridsen@keker.com

*Attorney for Defendants Major League
Baseball and Major League Baseball
Properties, Inc.*

* /s/ signature used with consent in
Accordance with ECF Rule 8-5(b)

CC: All Counsel of Record (via ECF)

DATED: October __2__, 2025

The foregoing stipulation is approved.

SO ORDERED.

/s/ Laura Taylor Swain
_____
Honorable Laura Taylor Swain
Chief District Judge