
NORTH AMERICA   SOUTH AMERICA   EUROPE

200 Park Avenue
New York, NY 10166
T +1 (212) 294-6700
F +1 (212) 294-4700

**JEFFREY L. KESSLER**
Partner
(212) 294-4698
JKessler@winston.com

October 14, 2025

**VIA CM/ECF**

Honorable Valerie Figueredo
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Initial Case Management Conference in *Scaturo v. Fanatics, Inc., et al.*, No. 1:25-cv-02202
and *Jones v. Fanatics, Inc., et al.*, Consolidated Case No. 1:25-cv-05776[1]

Dear Judge Figueredo:

I represent Defendants National Football League Players Association ("NFLPA") and NFL Players Inc. ("NFLPI") (together, "NFLPA/PI") as lead counsel in the above-captioned actions ("Actions"). I am no longer able to attend the Initial Case Management Conference scheduled in the Actions for October 20, 2025, as I will be traveling to attend an out-of-state court-ordered settlement conference, which was recently scheduled in *2311 Racing LLC et al. v. National Association for Stock Car Auto Racing, LLC, et al.*, No. 3:24-cv-886 (W.D.N.C.), which is set to begin trial on December 1, 2025. *See 2311 Racing LLC*, ECF Nos. 251–52 and corresponding text-only order issued on October 8, 2025.

I recognize that my presence is "expected" at the October 20 Conference, per Rule II.a.2 of Your Honor's Individual Rules. I write to request permission for my partner Adam I. Dale—who is also counsel of record for NFLPA/PI in the Actions—to appear in my place. Mr. Dale has been actively involved in our representation of NFLPA/PI in the Actions and has full authority to speak on their behalf.

I appreciate the Court's consideration and understanding.

Dated: New York, New York                    Respectfully submitted,

---

[1] Consolidated actions: *Jones v. Fanatics, Inc.*, No. 1:25-cv-05776, *Nachman v. Fanatics, Inc.*, No. 1:25-cv-06097, *Goldberger v. Fanatics, Inc.*, No. 1:25-cv-06369, and *Auld v. Fanatics, Inc.*, No. 1:25-cv-06825.



10/14/2025
Page 2

October 14, 2025

/s/ *Jeffrey L. Kessler*
Jeffrey L. Kessler
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 294-6700
Facsimile: (212) 294-4700
JKessler@winston.com