October 22, 2025

**VIA ECF**

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:  *Scaturo v. Fanatics, Inc. et al.*, Case No. 1:25-cv-02202-LTS-VF – Defendants' Position on Further Briefing on Discovery Stay

Dear Judge Figueredo:

    Defendants write pursuant to Your Honor's request during the October 17, 2025 conference that Defendants inform the Court by October 24, 2025 of whether they intend to file a formal letter-motion to stay discovery. *See* Oct. 17, 2025 Tr. at 29. Defendants respectfully stand on their arguments in the Rule 26(f) report (*see* ECF No. 165) and as presented orally during the conference on October 17, 2025. Defendants do not intend to file a formal letter-motion to stay discovery at this time, unless such a letter-motion would be helpful to the Court.

    We are available at the Court's convenience to address any questions or concerns.

                                                                        Respectfully Submitted,

| /s/                                   \* | /s/ Lawrence E. Buterman |
|---|---|
| Jeffrey Brown | Lawrence E. Buterman |
| **Dechert LLP** | **Latham & Watkins LLP** |
| Three Bryant Park | 1271 Avenue of the Americas |
| 1095 Avenue of the Americas | New York, NY 10020 |
| New York, NY | (212) 906-1264 |
| (212) 698-3511 | lawrence.buterman@lw.com |
| jeffrey.brown@dechert.com | |
| | Amanda P. Reeves (*pro hac vice*) |
| George G. Gordon (*pro hac vice*) | **Latham & Watkins LLP** |
| Julia E. Chapman (*pro hac vice*) | 555 Eleventh Street, NW, Suite 1000 |
| Forrest E. Lovett (*pro hac vice*) | Washington, DC 20004 |
| **Dechert LLP** | (202) 637-2200 |
| Cira Centre, 2929 Arch Street | amanda.reeves@lw.com |
| Philadelphia, PA 19104 | |
| Tel.: (215) 994-4000 | Christopher S. Yates (*pro hac vice*) |
| Fax: (215) 994-2222 | **Latham & Watkins LLP** |

1

| | |
|---|---|
| george.gordon@dechert.com<br>julia.chapman@dechert.com<br>forrest.lovett@dechert.com<br><br>Elena Kamenir (*pro hac vice*)<br>**Dechert LLP**<br>1900 K Street, NW<br>Washington, D.C. 20006<br>Tel.: (202) 261-3482<br>Fax: (202) 261-3333<br>elena.kamenir@dechert.com<br><br>*Counsel for Defendant OneTeam Partners LLC* | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111<br>(415) 391-0600<br>chris.yates@lw.com<br><br>*Attorneys for Defendants Fanatics, Inc. Fanatics, LLC, Fanatics Collectibles Intermediate Holdco, Inc., Fanatics SPV, LLC, and Fanatics Holdings, Inc.* |
| /s/_____*<br>Yehudah L. Buchweitz<br>Joseph R. Rausch<br>**Weil, Gotshal & Manges LLP**<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Fax: (212) 310-8007<br>yehudah.buchweitz@weil.com<br>joseph.rausch@weil.com<br>Meagan K. Bellshaw (*pro hac vice*)<br>**Weil, Gotshal & Manges LLP**<br>2001 M Street NW, Suite 600<br>Washington, DC 20036<br>Telephone: (202) 682-7140<br>Facsimile: (202) 857-0940<br>meagan.bellshaw@weil.com<br><br>*Counsel for Major League Baseball Players Association and MLB Players Inc.* | /s/_____*<br>Bradley I. Ruskin<br>David A. Munkittrick<br>Jeffrey H. Warshafsky<br>Tara M. Brailey<br>**Proskauer Rose LLP**<br>11 Times Square<br>New York, NY 10036<br>bruskin@proskauer.com<br>dmunkittrick@proskauer.com<br>jwarshafsky@proskauer.com<br>tbrailey@proskauer.com<br><br>Colin R. Kass (*pro hac vice*)<br>**Proskauer Rose LLP**<br>101 Pennsylvania Avenue, N.W.<br>Suite 600 South<br>Washington, D.C. 20004<br>ckass@proskauer.com<br><br>*Counsel for National Football League and NFL Properties LLC* |
| /s/_____*<br>Richard C. Pepperman II<br>Benjamin R. Walker<br>Sheeva L. Nesva<br>**Sullivan & Cromwell LLP**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br>Facsimile: (212) 558-3588 | /s/_____*<br>C. Scott Lent<br>Timothy A. Roche (*pro hac vice*)<br>**Arnold & Porter Kaye Scholer LLP**<br>250 W. 55th Street<br>New York, NY 10019<br>Tel: (212) 836-8220<br>Fax: (212) 836-8689<br>scott.lent@arnoldporter.com |

peppermanr@sullcrom.com
walkerb@sullcrom.com
nesvas@sullcrom.com

*Counsel for Defendants National Basketball Association and NBA Properties, Inc.*

tim.roche@arnoldporter.com

Keron J. Morris (*pro hac vice*)
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: (202) 942-6537
Fax: (202) 942-5999
keron.morris@arnoldporter.com

*Counsel for Defendant National Basketball Players Association*

/s/                              *
Anjali Srinivasan
Cody S. Harris (*pro hac vice*)
R. Adam Lauridsen (*pro hac vice*)
**Keker, Van Nest & Peters LLP**
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
asrinivasan@keker.com
charris@keker.com
alauridsen@keker.com

*Attorney for Defendants Major League Baseball and Major League Baseball Properties, Inc.*

/s/                              *
Jeffrey L. Kessler
David L. Greenspan
Adam I. Dale
Sarah L. Viebrock
**Winston & Strawn LLP**
200 Park Avenue
New York, NY 10166
(212) 294-6700
jkessler@winston.com
dgreenspan@winston.com
aidale@winston.com
sviebrock@winston.com

*Counsel for Defendants National Football League Players Association and NFL Players, Inc.*

\* /s/ signature used with consent in accordance with ECF Rule 8.5(b).

cc: All Counsel of Record (via ECF)