

## THE RADICE LAW FIRM

475 Wall St., Princeton, NJ 08540  |  Tel: (646) 245-8502  |  Fax: (609) 380-0745  |  jradice@radicelawfirm.com

**Via ECF**

March 27, 2026

The Honorable Laura Taylor Swain, Chief District Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

## MEMO ENDORSED

Re:    *Scaturo et al. v. Fanatics, Inc. et al.*, No. 1:25-cv-02202-LTS-VF (S.D.N.Y.)

Dear Chief Judge Swain:

We represent Plaintiffs in the above-captioned action. On March 23, 2026, Your Honor issued a Memorandum Opinion and Order granting Defendants' motion to dismiss Plaintiffs' First Amended Complaint. [ECF No. 190]. Your Honor wrote "Plaintiffs are, however, granted permission to file a motion for leave to file a further amended complaint within 21 days of the date of this Memorandum Opinion and Order." [*Id.*] Twenty-one days from the date of that Order would be April 13, 2026.

Our firm is counsel in a large antitrust class action in the District of Massachusetts that will be going to trial starting on April 13, 2026. The trial is scheduled to last five weeks. *See In re Amitiza Antitrust Litigation*, No. 21-11057 (D. Mass.). For this reason, and to address the issues identified in this Court's Order, we request a one-month extension for the filing of our motion for leave to file a further amended complaint, until May 13, 2026. We have not previously requested an extension to this deadline. We have sought Defendants' consent to this extension request but as of the time of filing this letter have not received a response.

Sincerely,

*/s/ John Radice*
John Radice

cc: Counsel for all parties (*via* ECF)

The foregoing request for an extension is granted.
SO ORDERED.
3/30/2026
/s/ Laura Taylor Swain, Chief USDJ