**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

ROBERT SCATURO, et al.,

                      Plaintiffs,

              -against-

FANATICS, INC., et al,

                     Defendants.

------------------------------------------------------------------X

**25-CV-02202 (LTS) (VF)**

**ORDER SCHEDULING**
**CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      A conference to discuss the letter filed at ECF No. 194 is hereby scheduled for **May 20, 2026, at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's conference line at the scheduled time. **Please dial (646) 453-4442; access code [331 807 372#].**

      Defendants are directed to file a response to the letter at ECF No. 194 by **May 13, 2026**.

      **SO ORDERED.**

DATED:     New York, New York
             May 8, 2026

                                  _____
                                 VALERIE FIGUEREDO
                                 United States Magistrate Judge