**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ROBERT SCATURO, SCOTT BUBNICK, JOSEPH DAVIDOV, STEVEN MARDAKHAEV, AND JONATHAN MADAR, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> FANATICS, INC.; FANATICS, LLC; FANATICS COLLECTIBLES INTERMEDIATE HOLDCO, INC.; FANATICS SPV, LLC; FANATICS HOLDINGS, INC.; MAJOR LEAGUE BASEBALL; MAJOR LEAGUE BASEBALL PROPERTIES, INC.; MAJOR LEAGUE BASEBALL PLAYERS ASSOCIATION; MLB PLAYERS, INC.; NATIONAL FOOTBALL LEAGUE; NFL PROPERTIES LLC; NATIONAL FOOTBALL LEAGUE PLAYERS ASSOCIATION; NFL PLAYERS, ASSOCIATION; NBA PROPERTIES, INC.; NATIONAL BASKETBALL ASSOCIATION PLAYERS ASSOCIATION; AND ONETEAM PARTNERS LLC, <br><br> Defendants. | Case No. 1:25-cv-02202-LTS-VF <br><br> Chief District Judge Laura Taylor Swain <br><br><br> # <u>MEMO ENDORSED</u> |

## <u>PLAINTIFFS' MOTION FOR VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiffs hereby move the Court to dismiss the action with prejudice.

DATED: June 1, 2026

Respectfully submitted,

*/s/ John Radice*
John Radice
Kenneth Pickle
Daniel Rubenstein
A. Luke Smith
Kenneth Walsh
Charles Kopel
**RADICE LAW FIRM, PC**
475 Wall Street
Princeton, NJ 08540
Telephone: (646) 245-8502
Facsimile: (609) 385-0745
jradice@radicelawfirm.com
kpickle@radicelawfirm.com
drubenstein@radicelawfirm.com
lsmith@radicelawfirm.com
kwalsh@radicelawfirm.com
ckopel@radicelawfirm.com

*Attorneys for Plaintiffs and the Proposed Class*

The foregoing request is granted. The above-captioned action is hereby dismissed with prejudice. The parties are further ordered to meet and confer and submit a joint status letter **within 7 days** regarding whether the motion for sanctions at DE 185 remains live or whether this dismissal with prejudice moots that motion.
SO ORDERED.
6/2/2026
/s/ Laura Taylor Swain, Chief USDJ

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with Section A(2)(b) of Judge Taylor Swain's Individual Practices. Prior to filing this motion, counsel for Plaintiffs sent a letter to Defendants regarding the motion. Counsel for Defendants did not respond.


Dated: June 1, 2026                                      */s/ John Radice*
                                                         John Radice



## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 1, 2026.


Dated: June 1, 2026                                      */s/ John Radice*
                                                         John Radice