June 9, 2026

**VIA ECF**

The Honorable Laura Taylor Swain
Chief District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Re: *Scaturo v. Fanatics, Inc. et al.*, No. 1:25-cv-02202-LTS-VF – Joint Status Update
> Regarding Fanatics' Motion for Sanctions

Dear Judge Swain,

Pursuant to the Court's June 2, 2026 order (ECF No. 205), counsel for Plaintiffs Robert Scaturo et al. ("Plaintiffs") and counsel for Defendants Fanatics, LLC et al. ("Defendants") met and conferred on June 8, 2026 regarding "whether the motion for sanctions at DE 185 remains live or whether this dismissal with prejudice moots that motion." Defendants' position is that the Rule 11 motion is not moot because Defendants seek fees in connection with bringing the motion. ECF No. 186 at 5, 11; *see, e.g.*, *Jones v. Haynes*, 2025 WL 1127183, at *2 (S.D.N.Y. Apr. 16, 2025) ("Courts regularly retain jurisdiction after voluntary dismissal to adjudicate motions for sanctions pursuant to . . . Rule 11."). Plaintiffs' position is that, regardless of whether the motion is moot, it is meritless for the reasons outlined in ECF No. 189.

However, during the Parties' meet and confer, Plaintiffs' counsel confirmed that they will not be filing any appeal of the Court's decision and the dismissal of this matter. Based upon that representation, Defendants agree to withdraw their Rule 11 Motion. Should the litigation continue for any reason, Defendants reserve all rights to reassert the request for fees in the Rule 11 motion.

Dated: June 9, 2026                                        Respectfully submitted,*

*/s/ John Radice*                                          */s/ Lawrence E. Buterman*
John Radice                                                Lawrence E. Buterman
Kenneth Pickle                                             **Latham & Watkins LLP**
Daniel Rubenstein                                          1271 Avenue of the Americas
A. Luke Smith                                              New York, NY 10020
Kenneth Walsh                                              (212) 906-1200
Charles Kopel                                              lawrence.buterman@lw.com
**RADICE LAW FIRM, PC**
475 Wall Street                                            Amanda P. Reeves (*pro hac vice*)
Princeton, NJ 08540                                        David L. Johnson (*pro hac vice*)
Telephone: (646) 245-8502                                  **Latham & Watkins LLP**
Facsimile: (609) 385-0745                                  555 Eleventh Street, NW, Suite 1000
jradice@radicelawfirm.com                                  Washington, DC 20004

2

kpickle@radicelawfirm.com
drubenstein@radicelawfirm.com
lsmith@radicelawfirm.com
kwalsh@radicelawfirm.com
ckopel@radicelawfirm.com

*Attorneys for Plaintiffs and the Proposed
Class*

(202) 637-2200
amanda.reeves@lw.com
david.johnson@lw.com

Christopher S. Yates (*pro hac vice*)
Alicia R. Jovais (*pro hac vice*)
**Latham & Watkins LLP**
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
(415) 391-0600
chris.yates@lw.com
alicia.jovais@lw.com

*Attorneys for Defendants Fanatics, Inc.,
Fanatics, LLC, Fanatics Collectibles
Intermediate Holdco, Inc., Fanatics
SPV, LLC, and Fanatics Holdings, Inc.*

\*/s/ signatures used with consent in accordance with ECF Rule 8.5(b).

cc: All Counsel of Record (via ECF)

2